**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH GRAY,<br><br>                        Plaintiff,<br><br>          v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>                        Defendants. | Case No. CV 21-07685-DMG-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the above-captioned action with prejudice for failure to prosecute.


DATED:  May 9, 2022


_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE