JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GRAY,<br><br>             Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>             Defendants. | Case No. CV 21-07685-DMG-AFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the above-captioned action is dismissed with prejudice for failure to prosecute.

DATED: May 9, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE